UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

SHERWIN WILLIAMS,

    Plaintiff,

v.

CHAD HUMPHREY, et al.,

    Defendants.

No. 1:25-CV-207-H

## ORDER

The United States Magistrate Judge issued Findings, Conclusions, and a Recommendation (FCR) that this case be dismissed without prejudice for failure to prosecute. Dkt. No. 18. No objections were filed, and the plaintiff has taken no action in this case since his counsel moved to withdraw on January 20, 2026. *See* Dkt. No. 14.

Where no specific objections are filed within the 14-day period, the Court reviews the Magistrate Judge's findings, conclusions, and recommendations only for plain error. *Serrano v. Customs & Border Patrol, U.S. Customs & Border Prot.*, 975 F.3d 488, 502 (5th Cir. 2020). The District Court has reviewed the FCR for plain error. Finding none, the Court accepts and adopts the FCR. The plaintiff's claims against the defendants are dismissed without prejudice for failure to prosecute.

So ordered on May 6, 2026.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE